**Stuart B. Wolfe (SBN 156471)**
**Kelly Andrew Beall (SBN 16256)**
**kabeall@wolfewyman.com**
**WOLFE & WYMAN LLP**
**5 Park Plaza, Suite 1100**
**Irvine, California 92614-5979**                    **E-FILED 09/28/09**
**Telephone:  (949) 475-9200**                        **closed**
**Facsimile:   (949) 475-9203**

**Attorneys for Defendants**
**CITIBANK, N.A.; CITIMORTGAGE, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN

| | |
|---|---|
| MASAKO SUGURI, | Case No. CV-09-1828 PSG (PJWx) |
| Plaintiff, | |
| v. | Judge Philip S. Guitierrez<br>Ctrm 790 |
| WELLS FARGO BANK, N.A.,<br>organized and existing under the laws of<br>the United States of America;<br>EFLOAN.COM, a California<br>corporation; CITIBANK, N.A.,<br>organized and existing under the laws of<br>the Unites States of American; FIRST<br>SERVICE LENDING INC., California<br>corporation; CITIMORTGAGE, INC., a<br>New York corporation; and DOES 1-10<br>inclusive, | **[~~PROPOSED~~] JUDGMENT** |
| Defendants. | |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that Defendants CITIBANK, N.A. and

CITIMORTGAGE, INC.'s Motion to Dismiss pursuant to Rule 12(b)(6) of the

Federal Rules of Civil Procedure having been granted by the Honorable Judge Philip

S. Guitierrez on August 7, 2009 and Plaintiff MASAKO SUGURI having failed to

file a First Amended Complaint by August 28, 2009:

WOLFE & WYMAN LLP
Attorneys & Counselors At Law

**IT IS HEREBY ORDERED**

That a judgment of dismissal with prejudice be entered in favor of Defendants CITIBANK, N.A. and CITIMORTGAGE, INC. and against Plaintiff MASAKO SUGURI;

**IT IS SO ORDERED**


DATED:    09/28/09

_____**PHILIP S. GUTIERREZ**_____
HONORABLE PHILIP S. GUITIERREZ

H:\Matters\CitiMtg, Inc. (1133.002)\261 (Suguri)\Pleadings\[Proposed] Judgment of Dismissal.doc

**WOLFE & WYMAN LLP**
Attorneys & Counselors At Law

2

**TITLE CV-09-1828**