Jeffrey S. Gerardo #146508
Steven M. Dailey #163857
Kutak Rock LLP
18201 Von Karman, Suite 1100
Irvine, CA 92612
Telephone: (949) 417-0982
Facsimile: (949) 417-5394

E-FILED 10/13/09

Attorneys for Defendant,
WELLS FARGO HOME MORTGAGE,
A DIVISION OF WELLS FARGO
BANK, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASAKO SUGURI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., organized and existing under the laws of the United States of America; EFLOAN.COM, a California corporation; CITIBANK, N.A., organized and existing under the laws of the United States of America; FIRST SERVICE LENDING INC., California corporation, CITIMORTGAGE INC., a New York corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV09-1828 PSG [PJWx]<br><br>Assigned for all purposes to:<br>Honorable Philip S. Gutierrez,<br>Ctrm.: 790<br><br>Referred to:<br>Magistrate Judge Patrick J. Walsh,<br>Ctrm.: 827A<br><br>[PROPOSED] JUDGMENT<br><br>Complaint Filed: March 17, 2009 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants CITIBANK, N.A. and CITIMORTGAGE, INC.'s Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure having been granted by the Honorable Judge Philip S. Gutierrez on August 7, 2009 and Plaintiff MASAKO SUGURI having failed to file a First Amended Complaint by August 28, 2009 as ordered by the Court:

**IT IS HEREBY ORDERED:**

That a judgment of dismissal with prejudice be entered in favor of Defendant WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS FARGO BANK, N.A.

**IT IS SO ORDERED.**

Dated:   October 9, 2009

_____

**HONORABLE PHILIP S. GUTIERREZ**